**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeffery Michael JACKSON,**
**Defendant–Appellant.**

**No. 14–13172**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 30, 2015.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Stephen M. Kunz, Assistant U.S. Attorney, U.S.

Attorney's Office, Tallahassee, FL, Pamela C. Marsh, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, for Plaintiff-Appellee.

Joseph F. DeBelder, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Darren James Johnson, Federal Public Defender's Office, Gainesville, FL, for Defendant-Appellant.

Before HULL, JULIE CARNES and FAY, Circuit Judges.

PER CURIAM:

Joseph DeBelder, counsel for Jeffery Jackson in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jackson's conviction and sentence are **AFFIRMED.**